IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BARRY HINKLE and JULIE HINKLE, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Case No. 4:11cv 829 |
| | § | (Judge Clark/Judge Mazzant) |
| JPMORGAN CHASE BANK, NA, | § | |
| CHASE HOME FINANCE, LLC, and | § | |
| FEDERAL HOME LOAN MORTGAGE | § | |
| CORPORATION, | § | |
| | § | |
| *Defendants.* | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 17, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants JPMorgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC and Federal Home Loan Mortgage Corporation's Motion to Dismiss Amended Complaint [Doc. #19] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendants JPMorgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC and Federal Home Loan Mortgage

Corporation's Motion to Dismiss Amended Complaint [Doc. #19] is **DENIED.**

So **ORDERED** and **SIGNED** this **12** day of **August, 2012.**

_____
Ron Clark, United States District Judge