IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BARRY HINKLE and JULIE HINKLE, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Case No. 4:11cv 829 |
| | § | (Judge Clark/Judge Mazzant) |
| JPMORGAN CHASE BANK, NA, | § | |
| CHASE HOME FINANCE, LLC, and | § | |
| FEDERAL HOME LOAN MORTGAGE | § | |
| CORPORATION, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 10, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that defendants JPMorgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC and Federal Home Loan Mortgage Corporation's Motion for Summary Judgment [Doc. #40] be denied. Defendants filed objections on December 27, 2012 [Doc. #50].

The court, having made a *de novo* review of defendants' objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that defendants' Motion for Summary Judgment [Doc. #40] is **DENIED**, and this case will proceed to trial in April 2013.

So **ORDERED** and **SIGNED** this **24** day of **January, 2013.**

_____
Ron Clark, United States District Judge